[No. 7877-1-I.   Division One.   March 9, 1981.]

MARY W. LATSHAW, ET AL, *Appellants,* v. PETE
COMMODORE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 841311, Herbert M. Stephens, J., entered July

16, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Callow and Corbett, JJ.